IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WOLK, et al.,<br><br>　　　　Respondents. | No. 2:24-CV-3160-DAD-DMC-P<br><br>ORDER |

　　　　Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2.

　　　　Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.  Petitioner's motion for leave to proceed in forma pauperis will be granted.

　　　　Accordingly, IT IS HEREBY ORDRED that Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated:  December 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dennis M. Cota
　　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1