IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>WOLK, et al.,<br><br>  Defendants. | No. 2:24-cv-03160-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 3, 10) |

Plaintiff David Bennett, currently a county jail inmate, proceeds *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction be denied. (Doc. No. 10.) Specifically, the magistrate judge concluded that plaintiff's motion seeking injunctive relief requiring that all pending criminal charges brought against him be dismissed and that he be provided writing supplies and stamps should be denied because: (1) he had not demonstrated a likelihood of success on the merits of his claims asserted in his complaint; (2) the injunctive relief he sought was not aimed at the defendants named in this action; and (3) there was an insufficient

/////

1

nexus between the injunctive relief requested and plaintiff's underlying claims asserted in his complaint. (*Id.* at 3–4.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 18, 2025 (Doc. No. 10), are ADOPTED IN FULL;

2. Plaintiff's motion for a preliminary injunction (Doc. No. 3), is DENIED; and

3. This matter is REFERRED back to the magistrate judge for further proceedings.[1]

IT IS SO ORDERED.

Dated: **September 10, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that on August 15, 2025, the magistrate judge issued an order denying plaintiff's motion for the appointment of counsel and granting plaintiff's motions for an extension of time in which to file a first amended complaint, ordering that the first amended complaint be filed within thirty days of the issuance of that order. (Doc. No. 13.)